Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| US BANK NATIONAL ASSOCIATION, | Case No.: 2:21-CV-00181-APG-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively "Defendants") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On January 14, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 2, 2021, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Commonwealth's response to U.S. Bank's complaint is currently due on March 2, 2021, while FNTG's response is due on March 10, 2021;

4. Counsel for Defendants request a 30-day extension for Commonwealth (22 days for FNTG) through and including Thursday, April 1, 2021 for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Thursday, April 1, 2021.

Dated:  February 26, 2021            SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC. and COMMONWEALTH LAND TITLE
     INSURANCE COMPANY

Dated:  February 26, 2021            WRIGHT FINLAY & ZAK, LLP


By:  /s/-Darren T. Brenner
     DARREN T. BRENNER
     Attorneys for Plaintiff
     U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 26th day of February, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

