Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00181-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTIONS TO DISMISS (ECF Nos. 17, 18)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On January 14, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 2, 2021, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1.);

3. On April 1, 2021, FNTG and Commonwealth both moved to dismiss U.S. Bank's complaint. (ECF Nos. 14, 15.);

4. On April 15, 2021, U.S. Bank filed its opposition to FNTG's motion to dismiss (ECF No. 17). Also on April 15, 2021, U.S. Bank filed its opposition to Commonwealth's motion to dismiss (ECF No. 18) and a countermotion for partial summary judgment. (ECF No. 19.);

5. Defendants' respective replies supporting their motion to dismiss are due on April 22, 2021, while Commonwealth's response to U.S. Bank's countermotion for partial summary judgment is due on May 6, 2021;

6. Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss, through and including May 6, 2021, (such that FNTG's reply, Commonwealth's reply and Commonwealth's opposition are all due on May 6, 2021) to afford Defendants counsel additional time to review and respond to U.S. Bank's various oppositions.

7. Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER**

8. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motion to dismiss are hereby extended through and including May 6, 2021.

Dated: April 19, 2021  SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP,
INC. and COMMONWEALTH LAND TITLE
INSURANCE COMPANY

Dated: April 19, 2021  WRIGHT, FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Robbins_
LINDSAY D. ROBBINS
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  22nd  day of  April , 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Case No.: 2:21-CV-00181-APG-EJY

