Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00181-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTIONS TO DISMISS (ECF Nos. 17, 18, 19)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1

**STIPULATION AND ORDER**

1. On January 14, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 2, 2021, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1.);

3. On April 1, 2021, FNTG and Commonwealth both moved to dismiss U.S. Bank's complaint. (ECF Nos. 14, 15.);

4. On April 15, 2021, U.S. Bank filed its opposition to FNTG's motion to dismiss (ECF No. 17). Also on April 15, 2021, U.S. Bank filed its opposition to Commonwealth's motion to dismiss (ECF No. 18) and a countermotion for partial summary judgment. (ECF No. 19.);

5. On April 22, 2021 the Court granted the parties first stipulation for an extension of time, setting the deadline for Defendants to reply in support of their motions to dismiss to May 6, 2021 (ECF No. 22.);

6. On April 22, 2021, the Court issued an order to show cause why the pending motions should not be denied without prejudice to refiling following the Ninth Circuit's ruling in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMDWGC) (*Wells Fargo II*), with submissions due on May 20, 2021. (ECF No. 23.);

7. In response to the order to show cause, it is Defendants' position that this action should be stayed, in its entirety, pending the Ninth Circuit's decision in *Wells Fargo II*;

8. U.S. Bank has not yet determined how it intends to respond to the order to show cause;

9. The Parties agree that further briefing on the two motions to dismiss and on the countermotion for summary judgment should be deferred until the District Court has ruled on the order to show cause;

10. The Parties therefore stipulate to a four-week extension of Defendants' deadline to file their respective replies supporting their motions to dismiss and for Commonwealth to oppose the countermotion for partial summary judgment, through and including June 3, 2021 (which is two weeks after briefing on the order to show cause is to be submitted);

11. Counsel for U.S. Bank does not oppose the requested extension;

12. This is the second request for an extension of these deadlines, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants' deadline to file their respective replies to their motion to dismiss and for Commonwealth to oppose the countermotion for partial summary judgment are hereby extended through and including June 3, 2021.

Dated: April 28, 2021          SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and COMMONWEALTH LAND TITLE INSURANCE COMPANY

Dated: April 28, 2021          WRIGHT, FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 4th day of May, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Case No.: 2:21-CV-00181-APG-EJY

