WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-GP2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GP2, <br><br> Plaintiff <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants | Case No.: 2:21-cv-00181-CDS-EJY <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-GP2 ("Plaintiff") and Defendants Fidelity National Title Group, Inc. and Commonwealth Land Title Insurance Company ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is
2 dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 16$^{tn}$ day of February, 2023.    DATED this 16$^{tn}$ day of February, 2023.

4 WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN LLP

6 */s/ Lindsay D. Dragon, Esq.*    */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.,
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    16501 Ventura Blvd., Suite 400
Las Vegas, NV 89117    Encino, CA 91436
*Attorneys for Plaintiff*    *Attorneys for Defendants*

14     **IT IS SO ORDERED.**

15 The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 16, 2023